1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar #14853
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-5080
   Bianca.Pucci@usdoj.gov
6  *Attorneys for the United States of America*

7                     **UNITED STATES DISTRICT COURT**
                             **DISTRICT OF NEVADA**
8

9  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-mj-01071-EJY |
10 | IN THE APPLICATION FOR A SEARCH WARRANT FOR THE PREMISES: | **Government's Motion to Unseal Case** |
11 | 4478 LA ROCA CIRCLE, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA, | |
12 | | |
13 | | |
14 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-mj-01072-EJY |
15 | IN THE APPLICATION FOR A SEARCH WARRANT FOR A VEHICLE: | **Government's Motion to Unseal Case** |
16 | A 1997 HONDA CIVIC NEVADA LICENSE PLATE: 958D83 | |
17 | VIN: 2HGE36676VH539642. | |

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00362-APG-NJK.

DATED this 15th day of March, 2022.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>IN THE APPLICATION FOR A SEARCH WARRANT FOR THE PREMISES:<br>4478 LA ROCA CIRCLE,<br>CITY OF LAS VEGAS,<br>COUNTY OF CLARK,<br>STATE OF NEVADA, | Case No. 2:20-mj-01071-EJY<br><br>**Order Unsealing Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>IN THE APPLICATION FOR A SEARCH WARRANT FOR A VEHICLE:<br>A 1997 HONDA CIVIC<br>NEVADA LICENSE PLATE: 958D83<br>VIN: 2HGE36676VH539642. | Case No. 2:20-mj-01072-EJY<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 16th day of March, 2022.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE